**RAZZANO WALSH & TORRES, P.C.**
SUITE 100, 139 MURRAY BLVD.
HAGÅTÑA, GUAM 96910
TELEPHONE: (671)989-3009
FACSIMILE: (671) 989-8750

*Attorneys for Defendant*
*Gavin Domingo Alimurong*



FILED
DISTRICT COURT OF GUAM

SEP 1 6 2022

JEANNE G. QUINATA
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN DOMINGO ALIMURONG,<br><br>Defendant. | CRIMINAL CASE NO. 22-00011<br><br>MOTION TO SEAL DEFENDANT'S WRITTEN PLEA AGREEMENT AND THIS MOTION UNDER SEAL |

Gavin Domingo Alimurong, by and through counsel, Joseph C. Razzano, Razzano Walsh & Torres, P.C., respectfully requests that the Defendant's written Plea Agreement and this Motion be sealed. The written Plea Agreement contains information of an extremely confidential and sensitive nature regarding the history of drug use and dealings on Guam and potential cooperation with the Government. The information is of virtually no conceivable interest to the public and may endanger Mr. Alimurong, his family, and other witnesses cooperating in this matter.

The Government does not object to the sealing of the Plea Agreement. However, the Government does object, for the record, to any closure of court proceedings pursuant to Department of Justice policy and the right for court proceedings to remain open to the public.

*Respectfully submitted* this 15th September 2022.

RAZZANO WALSH & TORRES, P.C.

By: _____
**JOSEPH C. RAZZANO**
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, do hereby certify as follows:

On September 15th, 2022, via hand delivery, I will cause to be served a true and correct copy of the **MOTION TO SEAL DEFENDANT'S WRITTEN PLEA AGREEMENT AND THIS MOTION UNDER SEAL; CERTIFICATE OF SERVICE** upon the following:

> Rosetta San Nicolas
> Assistant U.S. Attorney
> Office of the U.S. Attorney
> Suite 500, Sirena Plaza
> 108 Hernan Cortez Avenue
> Hagåtña, GU 96910
> *Rosetta.sannicolas@usdoj.gov*
> **Attorneys for Plaintiff United States of America**

*Executed* September 15th, 2022, at Hagåtña, Guam.

RAZZANO WALSH & TORRES, P.C.

By: /s/ Joseph C. Razzano
**JOSEPH C. RAZZANO**
*Attorney for Defendant*